United States District Court
Southern District of Texas
**ENTERED**
June 01, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO ALANIS, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:17-CV-00849 |
| SPRINT /UNITED MANAGEMENT COMPANY, | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the Notice of Dismissal filed on May 4, 2017 , it is hereby ORDERED that this action be dismissed with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

It is so ORDERED. 05/31/2017.

_____
The Honorable Alfred H. Bennett
United States District Judge